Exhibit A

**SC-100** Plaintiff's Claim and ORDER to Go to Small Claims Court

| | |
|---|---|
| | Clerk stamps date here when form is filed. |

ELECTRONICALLY
**E N D O R S E D**
Superior Court of California
County of Sacramento
Small Claims Division
Filed By: A. Parmley
On: 08/02/2018 08:30 AM

### Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

**Superior Court of California
County of Sacramento**
Small Claims Division
301 Bicentennial Circle
Sacramento, CA 95826-2701
(916) 875-7746

*Clerk fills in case number when for is filed:*

**Case Number:**
**18SC03123**

**Case Name:**
ANDREW R. ORTIZ vs. GATESTONE & CO. INTERNATIONAL INC.

— **DEFENDANT'S COPY** —

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 09/13/2018 | 1:30 P.M. | 86 | 301 Bicentennial Circle, Sacramento, CA 95826-2701 |

Date: 08/02/2018     Lloyd Connelly, Clerk, by _____L. De La Cruz_____, Deputy

### Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.
- *Before* you fill out this form, read form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See forms SC-104, SC-104B and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER
to Go to Small Claims Court**
(Small Claims)

SC-100, Page 1 of 5
→

| Plaintiff *(list names):*<br>ANDREW R. ORTIZ vs. GATESTONE & CO. INTERNATIONAL INC. | Case Number:<br>18SC03123 |
|---|---|

### ① The plaintiff (the person, business, or public entity that is suing) is:

Name: ORTIZ, ANDREW R.                                   Phone: (916) 917-0628
Street: 7566 PHOENIX PARK DR          City: SACRAMENTO     State: CA   Zip: 95823
Mailing street: _____  City: _____  State: ___  Zip: ___
*(if different)*

☐ *Check here if plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.*

**If more than one plaintiff, list next plaintiff here:**

Name: ORTIZ, RENE, AS TRUSTEE FOR ANDREW R. ORTIZ           Phone: (916) 919-2754
Street: 7566 PHOENIX PARK DR          City: SACRAMENTO     State: CA   Zip: 95823
Mailing street: _____  City: _____  State: ___  Zip: ___
*(if different)*

☐ *Check here if more than two plaintiffs and attach form SC-100A.*
☐ *Check here if plaintiff listed above is doing business under a fictitious name. If so, attach form SC-103.*
☐ *Check here if any plaintiff is a "licensee" or "deferred deposit originator" (payday lender) under Financial Code sections 23000 et seq.*

### ② The defendant (the person, business, or public entity being sued) is:

Name: GATESTONE & CO. INTERNATIONAL INC.                      Phone: _____
DBA: GATESTONE & CO. INTERNATIONAL INC.      AKA: _____
Street: 1000 NORTH WEST STREET, SUITE 1200   City: WILMINGTON   State: DE   Zip: 19801
Mailing street: _____  City: _____  State: ___  Zip: ___
*(if different)*

☐ *Check here if this defendant is on active military duty.*

**If more than one defendant, list next defendant here:**

Name: CT CORPORATION SYSTEM, AS AGENT FOR SERVICE FOR GATESTONE & CO. INTERNATIONAL INC.   Phone: (213) 627-8252
Street: 818 W 7TH ST #930              City: LOS ANGELES    State: CA   Zip: 90017
Mailing street: _____  City: _____  State: ___  Zip: ___
*(if different)*

☐ *Check here if your case is against more than two defendants and attach form SC-100A.*
☐ *Check here if this defendant is on active military duty.*

### ③ The plaintiff claims the defendant owes $10,000.00 *(Explain below):*

a. Why does the defendant owe the plaintiff money?
   See Attachment MC-031.

   When did this happen? *(Date):* 06/01/2018

b. If no specific date, give the time period: *Date started:* _____ *Through:* _____

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
   See Attachment MC-031

☑ *Check here if you need more space. Attach one sheet of paper or form MC-031 and write "SC-100, Item 3" at the top.*

| Plaintiff *(list names)*:<br>ANDREW R. ORTIZ vs. GATESTONE & CO. INTERNATIONAL INC. | Case Number:<br>18SC03123 |
|---|---|

**④ You must ask the defendant (in person, in writing, or by phone) to pay you before you sue. If your claim is for possession of property, you must ask the defendant to give you the property. Have you done this?**
☑ Yes  ☐ No.  If no, explain why not:

_____

**⑤ Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check all that applies)*:
a. ☑ (1) Where the defendant lives or does business.
   (2) Where the plaintiff's property was damaged.
   (3) Where the plaintiff was injured.
   (4) Where a contract (written or spoken) was made, signed, performed, or broken by the defendant *or* where the defendant lived or did business when the defendant made the contract.
b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*
d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*
e. ☐ Other *(specify)*: _____

**⑥ List the zip code of the place checked in ⑤ above** *(if you know)*: 95823

**⑦ Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out form SC-101, attach it to this form and check here:* ☐

**⑧ Are you suing a public entity?** ☐ Yes ☑ No
*If yes, you must file a written claim with the entity first.* ☐ *A claim was filed on (date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**⑨ Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No *If yes, the filing fee for this case will be higher.*

**⑩ Is your claim for more than $2,500?** ☑ Yes ☐ No
*If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.*

**⑪ I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

| Date: 08/01/2018 | Andrew R Ortiz | ▶ | /s/ Andrew R Ortiz |
|---|---|---|---|
| | *Plaintiff types or prints name here* | | *Plaintiff signs here* |
| Date: 08/01/2018 | Rene Ortiz | ▶ | /s/ Rene Ortiz |
| | *Second plaintiff types or prints name here* | | *Second plaintiff signs here* |

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for form MC-410, *Request for Accommodations by Persons with Disabilities and Response. (Civil Code, § 54.8.)*

|  | MC-031 |
|---|---|
| PLAINTIFF/PETITIONER: | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | 18SC03123 |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

SC-100 - Item 3 Attachment

SC-100, Item3a:

a. Why does the Defendant owe the Plaintiff money?

I am suing Gatestone & Co. International, Inc. (G&CII) in the amount of $10,000 for defamation of character, financial harm, harassment, attempt to extort and the violations of the federal Fair Credit Reporting Act, § 1681, the federal Fair Debt Collections Practices Act, § 1692, and the California Fair Debt Collection Practices Act-Rosenthal, § 1788. The Acts impose a $1,000 fine for each violation. We are attempting to recover all the penalties against the violator(s).

Item3c-How did you calculate the money owed to you?

G&CII defamed my character, caused grave financial harm and violated the Acts. I will prove each violation G&CII committed which exceed the courts limit of $10,000. I am suing to recover the max amount allowed by law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 08/01/2018

Andrew R Ortiz, Rene Ortiz      ▶      /s/ Andrew R Ortiz, Rene Ortiz
(TYPE OR PRINT NAME)                           (SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 (Rev. July 1, 2005)

**ATTACHED DECLARATION**

Page 1 of 1