PLAINTIFFS
Andrew R. Ortiz, and Rene Ortiz
Trustee for Andrew R. Ortiz
7566 Phoenix Park Dr.
Sacramento, California 95823
(916) 919-2754

**FILED**

OCT 1 6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

|  |  |
|---|---|
| Andrew R. Ortiz,<br>Rene Ortiz, as Trustee for Andrew R. Ortiz<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GATESTONE & CO. INTERNATIONAL,<br>INC.,<br><br>　　　　Defendant. | Case No. 18-CV-02479-JAM-EFB<br><br>**PLAINTIFFS INVOKE<br>THEIR RIGHT TO<br>APPEAR IN PERSON TO<br>PRESENT THEIR COMPLAINT<br>AND MOTION THE COURT FOR<br>A SUMMARY JUDGMENT OF<br>PLAINTIFFS COMPLAINT**<br><br>Date: October 24, 2018<br>Time: 10:00 a.m.<br>Courtroom 8, 13th Floor<br>Judge Edmund F. Brennan |

Andrew R. Ortiz, Rene Ortiz, as Trustee for Andrew R. Ortiz, ("Plaintiffs"), certify the following

to be true and correct:

GATESTONE & CO. INTERNATIONAL, INC., hereafter the "Defendant" is a debt collector

who *is controlled*, governed by the Fair Debt Collections Practices Act, 15 U.S.C. 1692a-p, ("the

Act").

Plaintiffs filed a complaint in Superior Court of Sacramento, Small Claims Divisions, Sacramento County, ("small claims court") to enforce the provisions of the Act; to force the Defendant to comply with the Act. The Defendant is not in a position to ignore Plaintiffs Complaint and was obligated to defend itself, not answer or remove Plaintiffs' Complaint.

Since Plaintiffs filed their complaint in small claims court to address Defendants wrong-doing, the Defendants have not stopped violating the Act.

To date, the Defendant is still refusing to comply with the Act and is continuing to violate with the Act. The Defendant cannot remove, answer, or file any pleading(s) to any court due to the fact that the Defendant is **controlled** by the Act and does not have jurisdiction in this Court nor has a legal standing to remove Plaintiffs' Complaint to this Court.

The Defendant not answering Plaintiffs Complaint *is* a violation of the Act; The Defendant removing this Complaint from another court *is* a violation of the Act; The Defendant filing "DEFENDANT'S NOTICE OF NON-RECEIPT OF OPPSOTION TO MOTION TO DISMISS" and other filings *are* a violation of the Act. The Defendant stating that Rene Ortiz has not alleged facts sufficient to show that he is the real party in interest *violated* the Act. Now, the Plaintiff, Rene Ortiz, has a claim, is a real party in interest, when the Defendant removed Plaintiffs' Complaint to this Court and adding his name to the Complaint.

The Act must protect the consumer from any debt collectors appalling violations. The Court will hear such outrageous actions of the Defendant. Therefore, the Plaintiffs invoke their Rights to be present, in person, in Court to explain their position. The Plaintiffs demand to appear in person to present and explain their Complaint so there will be no confusion, misunderstanding of their

position; and also why the Court shall make a judgment against the Defendant for their

reprehensible actions.

The provision of the Act is clear, 15 U.S.C. 1692i states:

> "Authorization of actions
> Nothing in this subchapter shall be construed to authorize the bringing of legal actions
> by debt collectors."

The Plaintiffs will present evidence that Gatestone & Co. International Inc., is a debt collector

and, that the same, brought legal action against the Plaintiffs; and why it does not have the

authority to remove Plaintiffs' Complaint.

The Plaintiffs will prove their Complaint against the Defendant and prove the Defendant is

continuing to violate the Act. The Plaintiffs will motion the Court to grant a Summary Judgment

against the Defendants as there is nothing to discuss.

The Plaintiffs object to the Defendant and its attorneys to appear by telephone. If the Defendant

makes such request to the Court, it will be a violation of the Act.

We, Andrew R. Ortiz and Rene Ortiz Trustee for Andrew R. Ortiz certify the above statement to

be true and correct.

Date:  October 16, 2018

By: _____
Andrew R. Ortiz
By: _____
Rene Ortiz Trustee for Andrew R. Ortiz
PLAINTIFFS

3

## PROOF OF SERVICE

I, Rene Ortiz, certify that on October 16, 2018 I served our "Plaintiffs Invoke Their Right To Appear In Person To Present Their Complaint And Motion The Court For A Summary Judgement Of Plaintiffs Complaint." to: United States Courts, Office of the Clerk, United States District Court, at the following address: 501 I St. Ste 4-200, Sacramento, California 95814-2322. I served United States Courts, Office of the Clerk, United States District Court in person.

I certify that I served a copy of our "Plaintiffs Invoke Their Right To Appear In Person To Present Their Complaint And Motion The Court For A Summary Judgement Of Plaintiffs Complaint." to Gatestone & Co. International, Inc. ATTN: Debbie O. Kirkpatrick. I served Gatestone & Co. International, Inc. by United States regular mail at the following address: Gatestone & Co. International, Inc. ATTN: Debbie O. Kirkpatrick, 1545 Hotel Circle South, Suite 150, San Diego, California 92108.

I certify this statement is true and correct to the best of my knowledge.

Date:  October 16, 2018

By: _____
Rene Ortiz Trustee for Andrew R. Ortiz
By: _____
Andrew R. Ortiz
PLAINTIFFS