UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANDREW R. ORTIZ; RENE ORTIZ, AS TRUSTEE FOR ANDREW R. ORTIZ, | No. 2:18-cv-2479-JAM-EFB |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| GATESTONE & CO. INTERNATIONAL, INC., | |
| Defendant. | |

On October 4, 2019, the court dismissed plaintiffs' complaint for failure to state a claim, explained the deficiencies therein, and granted plaintiffs thirty days in which to file an amended complaint. ECF Nos. 15 & 17. In response, plaintiffs filed a status report stating that they have been unsuccessfully attempting to settle this case and that they "continue to Reserve All [their] Rights." ECF No. 20. However, plaintiffs failed to timely file an amended complaint. In light of their pro se status, plaintiffs will be afforded a final opportunity to file an amended complaint.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs are granted twenty-one days from the date of this order to file an amended complaint as provided in the August 8, 2019 findings and recommendations,

2. Failure to timely file an amended complaint in accordance with this order will result in a recommendation this action be dismissed.

DATED: February 6, 2020

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE