UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. ORTIZ; RENE ORTIZ, AS TRUSTEE FOR ANDREW R. ORTIZ, <br><br> Plaintiffs, <br><br> v. <br><br> GATESTONE & CO. INTERNATIONAL, INC., <br><br> Defendant. | No.  2:18-cv-2479-JAM-EFB PS <br><br><br> ORDER |

On April 16, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.[1]

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed April 16, 2020, are ADOPTED;

---

[1] However, plaintiff Andrew Ortiz filed a motion requesting to stay this action.  ECF No. 29.  He claims he is a military veteran currently receiving "medical care for his/her service-connected condition(s)."  *Id*. at 1.  He further claims that he requires medical treatment for an "unspecified period of time."  *Id*.  Mr. Ortiz conclusory statements fail to demonstrate that a medical impairment has prevented him from preparing and filing a first amended complaint.  Accordingly, his motion to stay this action is denied.

2. Plaintiff Andrew Ortiz's motion to stay is denied; and

3. This action is dismissed for failure to prosecute and comply with court orders, and the Clerk is directed to close the case. <u>See</u> Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.

DATED: June 29, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE